UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>Seagria LaMose Broome<br><br>          Defendant. | Case No.: 5:06-CR-00109-~~RT~~ SGL<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Cal___ for alleged violation(s) of the terms and conditions of his/~~her~~ [pro~~bation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  ( ✓ ) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evid. by ∆; no-bail warrant by Dist J.; resources___

1 _for bail insufficient; no significant family contact here;_
2 _prior failure to appear; numerous aliases DOBs, SSNs_
3 _____

4   and/or

5 B.  (✓) The defendant has not met his/~~her~~ burden of establishing by
6   clear and convincing evidence that he/~~she~~ is not likely to pose
7   a danger to the safety of any other person or the community if
8   released under 18 U.S.C. § 3142(b) or (c). This finding is based
9   on: _psychiatric issues noted in PTrial Rept; drug history;_
10  _criminal history; no evid by ∆_
11  _____
12  _____

14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  12/9/09

19                              _____
                                RALPH ZAREFSKY
20                              UNITED STATES MAGISTRATE JUDGE